[No. 3247–7–III.  Division Three.  February 7, 1980.]

MARTHA JEAN MOORE, as *Administratrix, Appellant,* v.
MOSES LAKE IRRIGATION AND REHABILITATION
DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 27428, Fred Van Sickle, J., entered December
22, 1978. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Green, C.J., and McInturff, J.

[No. 6709–5–I.  Division One.  February 11, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. EMANUEL
CURTIS CRUMB, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84848, Jerome M. Johnson, J., entered June 7,
1978. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Swanson and Ringold, JJ.

[No. 6793–1–I.  Division One.  February 11, 1980.]

ROBERT M. WOODRUFF, ET AL, *Appellants,* v. BILLY
MCCLELLAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 821921, F. A. Walterskirchen, J. Pro Tem.,
entered June 26, 1978. *Affirmed* by unpublished opinion
per Callow, C.J., concurred in by Swanson, J., Ringold, J.,
dissenting.

[No. 6882–2–I.  Division One.  February 11, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAUDE
FLEMING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85380, Horton Smith, J., entered July 26, 1978.
*Affirmed* by unpublished opinion per Dore, J., concurred in
by Callow, C.J., and Andersen, J.